**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1155**

———————

NATHANIEL BROWN, Individually and as Father of
Nannette Annita Brown, an infant; NANNETTE
ANNITA BROWN, an infant, through her father
and next friend (Joseph N. Bowman has been
appointed as guardian ad litem for Nannette
Annita Brown),

                                    Plaintiffs - Appellants,

        versus

CAMPBELL SOUP COMPANY,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Chief
District Judge. (CA-95-996-A)

———————

Submitted: May 28, 1996            Decided: August 2, 1996

———————

Before HALL, WILKINS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Nathaniel Brown, Joseph N. Bowman, Appellants Pro Se. Mary
Catherine Zinsner, MAYS & VALENTINE, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order entering summary judgment for Defendant in this product liability action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the decision of the district court. <u>Brown v. Campbell Soup Co.</u>, No. CA-95-996-A (E.D. Va. Jan. 5, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>